BANK OF BURLINGTON *v.* JOHN M. CATLIN.

*(In Chancery,)*

*(Practice,)*

THE orator, to prove notice to the defendant, offered affidadavits to show that a copy of the bill was seasonably delivered, by an indifferent person, to the defendant in the city of New York.

The bill was accompanied by the ordinary subpœna, which, however, contained no direction to the person delivering the copy. The court held the notice to be insufficient, and that defendant was not affected by it.